NOT FOR PUBLICATION IN WEST'S HAWAI‘I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
30062
12-NOV-2010
09:02 AM

NO. 30062

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI‘I

IN THE INTEREST OF MG

APPEAL FROM THE FAMILY COURT OF THE THIRD CIRCUIT
(FC-S NO. 05-0025K)

ORDER OF CORRECTION
(By: Fujise, J., for the court[1])

The Summary Disposition Order, filed on October 28, 2010 is hereby corrected as follows:

On page 7, in the conclusion, in the second line, the date "September 2, 2009" should be deleted so that as corrected, the paragraph should read as follows: "For the foregoing reasons, we affirm the Family Court of the Third Circuit's Order Awarding Permanent Custody and Establishing a Permanent Plan entered on September 2, 2009."

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawai‘i, November 12, 2010.

FOR THE COURT:

Associate Judge

---

[1] Nakamura, C.J., Fujise and Leonard, JJ.